UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN S. JORDAN,

    Plaintiff,

v.                                        CASE NO. 3:18-cv-145-J-20PDB

A.S.A.P. TOWING, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation (Dkt. 12) that recommends this case be dismissed without prejudice for lack of subject matter jurisdiction. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 12) is **ADOPTED**;

2. This case is **DISMISSED** without prejudice for lack of subject-matter jurisdiction; and

3. The Clerk is **DIRECTED** to terminate the pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of December, 2018.

                                                    HARVEY E. SCHLESINGER
                                                   UNITED STATES DISTRICT JUDGE

1

Copies to:
Hon. Patricia D. Barksdale
John S. Jordan, *pro se*
    Desoto Correctional Institution
    13617 S.E. Highway #70
    Arcadia, FL 34266-7800